IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN SCHULER,<br><br>　　　　　　Defendant. | 8:25CR102<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

　　　　This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 16). The Court has carefully reviewed the record in this case and finds as follows:

　　　　1.　　On May 28, 2025, defendant Justin Schuler ("Schuler") pleaded guilty to Counts I and II of the Information (Filing No. 3) and admitted the Forfeiture Allegation. Count I of the Information charged Schuler with conspiracy to distribute and possess with intent to distribute at least 1,000 kilograms or more of a mixture or substance containing marijuana and at least 5 kilograms of cocaine; in violation of 21 U.S.C. § 846. Count II of the Information charged him with possession of a firearm during a drug trafficking crime; in violation of 18 U.S.C. § 924(c)(1)(A).

　　　　2.　　The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $4,882 in United States currency seized from 11203 South 170th Street, Gretna, Nebraska, on or about May 18, 2023, as "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

3. The Forfeiture Allegation also sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225; all seized from 11203 South 170th Street, Gretna, Nebraska on or about May 18, 2023, as "firearms and ammunition involved in the commission of the offense."

4. Based on Schuler's guilty plea and admission, Schuler forfeits his interest in the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225.

5. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 16) is granted.

2. Based upon the Forfeiture Allegation of the Information (Filing No. 3) and Schuler's guilty plea and admission, the government is hereby authorized to seize the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225.

3. Schuler's interest in the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225, is hereby forfeited

4. The $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225, is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225, in such manner as the Attorney General may direct, and notice that any person, having or claiming a legal interest in the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a

(continued) to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

      Kahr CW40 40 caliber pistol with serial number FE5225, and any additional facts supporting the Petitioner's claim and the relief sought.

7.     The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225, as a substitute for published notice as to those persons so notified.

8.     Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 16th day of June 2025.

                                              BY THE COURT:

                                              Robert F. Rossiter, Jr.
                                              Chief United States District Judge