IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN SCHULER,

Defendant.

8:25CR102

**FINAL ORDER
OF FORFEITURE**

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 26).   The Court has carefully reviewed the record in this case and finds as follows:

1.      On June 16, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 17) forfeiting defendant Justin Schuler's ("Schuler") interest in $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225 all seized from 11203 South 170th Street, Gretna, Nebraska, on or about May 18, 2023.

2.      A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on June 24, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on September 3, 2025 (Filing No. 25).

3.      The government has advised the Court that no petitions have been filed.   A review of the recorder supports that assertion.

4.      The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.      The government's Motion for Final Order of Forfeiture (Filing No. 26) is granted.

2.      All right, title and interest in and to the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225., held by any person or entity are forever barred and foreclosed.

3.      The $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225 are forfeited to the government.

4.      The government is directed to dispose of the $4,882 in United States currency, a Glock GMBH Model 43X .9 caliber pistol with serial number BYBX665; a Winchester SCP Extreme Defender 12-gauge shotgun with serial number TR158619YZSP; a Glock GMBH19 X 9 caliber pistol with serial number BWZV313; and a Kahr CW40 40 caliber pistol with serial number FE5225 in accordance with law.

Dated this 17th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge